United States District Court
District of Connecticut
FILED AT   HARTFORD
APRIL 14 , 2022
Dinah Milton Kinney, Clerk
By_____
Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JEROME C. RICHARDSON

v.                                                            CASE NO.   3:21CV842 (TOF)

KILOLO KIJAKAZI,
Acting Commissioner of Social Security

## JUDGMENT

This action came on for consideration of the plaintiff's Motion to Reverse the Decision of the Commissioner doc.# [21] and the Consent Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. Section 405(g) doc. # [25] before the Honorable Thomas O. Farrish, United States Magistrate Judge.

On April 14, 2022, an order entered granting the Consent Motion for Entry of Judgment under Sentence Four of 42 U.S.C. Section 405(g) and finding as moot the plaintiff's Motion to Reverse the Decision of The Commissioner,

It is hereby ORDERED, ADJUDGED and DECREED that judgment enter in favor of the plaintiff, Jerome C. Richardson and remanding the case back to the Commissioner for further administrative proceedings.

Dated at Hartford, Connecticut, this 14th day of April, 2022.

DINAH MILTON KINNEY, CLERK

By:_____/s/ RKW_____
Robert K. Wood
Deputy Clerk

EOD - 4/15/2022